UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TROY LEE BROWN,

    Petitioner,

v.                                                    Case No. 8:05-cv-482-T-23MSP

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **O R D E R**

Troy Brown petitions for wit of habeas corpus purportedly pursuant to 28 U.S.C. § 2241.  Brown recognizes in his petition that the appropriate venue for this action is in the court where the conviction occurred: the United States District Court for the Middle District of Georgia.

Accordingly, this case is transferred to the United States District Court for the Middle District of Georgia, Macon Division, for all further proceedings.  The clerk shall immediately forward the file to that District and **CLOSE** this civil action.

ORDERED in Tampa, Florida, on April 20, 2005.

*[signature: Steven D. Merryday]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro